# Exhibit A

...



US00D429518S

| | | |
|---|---|---|
| United States Patent [19] | [11] | Patent Number:  Des. 429,518 |
| Ferrer Beltran | [45] | Date of Patent: ** Aug. 15, 2000 |

[54] **VALVE**

[75] Inventor: **Jose María Ferrer Beltran**, Foyos, Spain

[73] Assignee: **Valvulas Arco, S.A.**, Valencia, Spain

[**] Term: **14 Years**

[21] Appl. No.: **29/110,812**

[22] Filed: **Sep. 14, 1999**

[51] LOC (7) Cl. .................................................. **23-01**
[52] U.S. Cl. ............................................... **D23/233**
[58] Field of Search ................................. D23/233–237; 251/309, 310, 315.01, 315.1, 315.14

[56] **References Cited**

U.S. PATENT DOCUMENTS

| D. 359,102 | 6/1995 | Bouc et al. .......................... D23/233 |
| 2,606,738 | 8/1952 | Glen .................................. 251/315.14 |
| 4,262,880 | 4/1981 | Danko et al. ........................... 251/309 |
| 4,609,177 | 9/1986 | Turner et al. ........................... 251/310 |
| 4,960,262 | 10/1990 | Hashimoto et al. .................. 251/315.1 |
| 4,964,614 | 10/1990 | Sand et al. ............................... 251/309 |

*Primary Examiner*—Robin V. Taylor
*Attorney, Agent, or Firm*—Lackenbach Siegel Marzullo Aronson & Greenspan PC

[57] **CLAIM**

The ornamental design for a valve, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of my new valve design shown in open position;
FIG. **2** is a left end view thereof;
FIG. **3** is a right end view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a sectional view showing two valve stops for the valve knob, but with the valve shown in the open position;
FIG. **6** is another left end view thereof, but with the valve in the closed position;
FIG. **7** is another sectional view showing the valve knob rotated 90° (closed position);
FIG. **8** is a bottom view thereof; and,
FIG. **9** is a rear view thereof, with the valve in open positon.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**  Aug. 15, 2000  Sheet 1 of 3  **Des. 429,518**



FIG. 3

FIG. 4

FIG. 1



FIG. 5



FIG. 7



FIG. 2        FIG. 6



FIG. 9

FIG. 8