# Exhibit F



Harold W. Reick
Terry S. Callaghan
Kevin T. Grzelak
Steven L. Underwood
Todd A. Van Thomme
Brian E. Ainsworth
Matthew J. Gipson
Jeffrey S. Kapteyn
Brian R. Cheslek

Of Counsel
Carl S. Clark
Daniel L. Girdwood
Thomas A. Hallin

Intellectual Property Attorneys
695 Kenmoor S.E. • P.O. Box 2567
Grand Rapids, Michigan 49501
Phone: 616.949.9610 • Fax: 616.957.8196
www.priceheneveld.com

Aaron J. Wong
Gregory A. Lewis
Kathrin E. Richards
Peter A. Cummings
Amanda E. Misch
Xiaolei B. Zhang*
(*Massachusetts only)
Matthew J. Stark

Peter P. Price
(1918-2000)
Lloyd A. Heneveld
(1925-2000)
Randall G. Litton
(1939-2010)

May 20, 2013

**THIS COMMUNICATION IS PROTECTED UNDER
RULE 408 OF THE FEDERAL RULES OF EVIDENCE**

Mr. David W. Berenthal
Berenthal & Associates, P.C.
317 Madison Avenue, Suite 405
New York, NY 10017-7951

RE: Alleged Infringement of U.S. Design Patent Nos. 429,518, 429,519, 429,520, 438,595, and 479,307

Dear Mr. Berenthal:

This is a follow up to my letter of May 9, 2013, with respect to your charge of patent infringement by NIBCO, Inc. on behalf of Valvulas Arco, S.A. We have now had an opportunity to review the eight valves mentioned in your letter, as well as your client's five specific design patents.

As an initial proposition, our client was totally unaware of any Arco design patents until they received your letter of April 29, 2013. As you may know, the patent statute 35 U.S.C. § 287(a) limits damages and other remedies for alleged patent infringement to products that have either been marked by the owner with the patent numbers or after actual notice. Section 287 states, in pertinent part, "damages may be recovered only for infringement occurring after such notice." None of your client's valves or packaging for valves or shipping containers for valves previously sold to NIBCO ever included any patent marking. As a result, even if infringement where found, the only damages for which NIBCO may be liable would be damages for valves sold after April 29, 2013. Also, your client has not notified NIBCO of any alleged infringement for the nearly five (5) years after NIBCO discontinued purchasing your client's valves. This raises a latches defense.



Mr. David W. Berenthal
May 20, 2013
Page 2

After reviewing the many Valvulas Arco design patents, NIBCO does not believe any of the design patents are infringed. Infringement, as you undoubtedly are aware, is governed by the Supreme Court's decision in the *Gorham Co. v. White*, 81 US 511, case which set forth the ordinary observer test for infringement. Recently, the Courts have emphasized that design patents focus on the ornamental features of a design rather than the functional features. The Court of Appeals for the Federal Circuit noted in *Richardson v. Stanley Works Inc.*, 597 F3d 1288 (Fed. Cir. 2010):

> If a patented design is primarily functional rather than ornamental, the patent is invalid. (citation omitted) However, when the design also contains ornamental aspects, it is entitled to a design patent whose scope is limited to those aspects alone and does not extend to any functional elements of the claimed article. (at 1293, 1294)

A plumbing fitting, such as a shut-off valve, is primarily a functional item for controlling the flow of water to a plumbing fixture and, as such, its connection elements and internal components, as well as a handle by which the valve is controlled are entirely functional.

Your client's design patents feature a handle which has a different overall appearance than our client's handle. Paddle-type handles are well known in the prior art which was not considered by the Examiner during the prosecution of your client's patents. (See Exhibit A.) The use of vertical ribs on such a handle provides a functional gripping surface for the handle and are functional not ornamental.

As you can see, none of the alleged infringing valves include a filter housing or geometry as set forth in your client's D 479,307 patent. Further, many of your client's patents cover either in-line valves or right angle valves. As a result, our client's right angle valves look nothing like your client's in-line valve design patents, and, conversely, our client's in-line valves look nothing like your client's right angle valve design patents. Further, the overall appearance of our client's in-line valves are different than the overall appearance of your client's in-line design patents, and, similarly, the overall appearance of



Mr. David W. Berenthal
May 20, 2013
Page 3

our client's right angle valves are substantially different than the overall appearance of your client's right angle design patents.

It appears that the paddle-type handle used by our client has a vertical upright extending finger-gripping paddle which is wider than the circular base of your client's designs as seen in Exhibit B. Further, the smaller diameter circular base of our client's handle has no serrations but instead is smoothly rounded.

Our client believes its valves do not infringe any of Arco's design patents. Clearly, the amount of damages to which our client may be exposed is minimal, if any at all, and an amicable resolution of this matter would be beneficial to both parties.

Please let us know if your client is willing to discuss an amicable resolution.

Very truly yours,

H. W. Reick

H. W. Reick

HWR:dal/cmm
Enclosures

# EXHIBIT A

# United States Patent [19]

Comstock, Jr.

[11] Patent Number: Des. 321,243

[45] Date of Patent: ** Oct. 29, 1991

[54] VALVE

[76] Inventor: John H. Comstock, Jr., 200 Stettner Rd., Mabton, Wash. 98935

[**] Term: 14 Years

[21] Appl. No.: 322,246

[22] Filed: Mar. 13, 1989
[52] U.S. Cl. .................................................. D23/245
[58] Field of Search .............. D23/245, 236, 233-235; D24/62, 53; D29/6, 7; 137/312, 328, 72, 876, 556, 625.22, 625.47; 251/172, 174, 129.15, 304, 309, 310, 335.1; 128/205.24, 200.21

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 183,042 | 6/1958 | Fuglie | D23/262 |
| D. 191,425 | 9/1961 | Popp | D23/245 |
| D. 229,413 | 11/1973 | Luckenbill et al. | D23/233 |
| D. 266,691 | 10/1982 | Brunet | D23/245 |
| D. 294,298 | 2/1988 | Bush | D24/62 |
| 417,702 | 12/1889 | Carroll et al. | 251/310 |
| 894,429 | 7/1908 | Fulton | 251/310 |
| 1,138,613 | 5/1915 | Arnot | 251/310 |
| 1,193,009 | 8/1916 | Gibbs | 251/310 |
| 2,738,158 | 3/1956 | Fuglie | 251/309 |
| 3,229,720 | 1/1966 | Hirschowitz | 137/625.22 |
| 3,349,799 | 10/1967 | Mueller et al. | 137/625.22 |
| 3,806,087 | 4/1974 | Hulsander | 251/309 |
| 3,913,886 | 10/1975 | DiCicco | 251/309 |
| 3,945,603 | 3/1976 | Fraser | 251/309 |
| 4,003,403 | 1/1977 | Nehring | 251/309 |
| 4,572,231 | 2/1986 | Katayama | 251/309 |
| 4,699,137 | 10/1987 | Schroeder | 128/205.24 |

Primary Examiner—James R. Largen
Attorney, Agent, or Firm—Wells, St. John & Roberts

[57] CLAIM

The ornamental design for valve, as shown and described.

DESCRIPTION

FIG. 1 is a perspective view taken from the top, front and left side of a valve showing my new design;
FIG. 2 is a right side elevational view thereof;
FIG. 3 is a front elevational view thereof;
FIG. 4 is a rear elevational view thereof;
FIG. 5 is a top plan view thereof;
FIG. 6 is a bottom plan view thereof;
FIG. 7 is a perspective view taken from the top, front and left side of a second embodiment thereof;
FIG. 8 is a right side elevational view of FIG. 7;
FIG. 9 is a front elevational view of FIG. 7;
FIG. 10 is a rear elevational view of FIG. 7;
FIG. 11 is a top plan view of FIG. 7; and
FIG. 12 is a bottom plan view of FIG. 7.



**U.S. Patent**    Oct. 29, 1991    Sheet 1 of 4    **Des. 321,243**



_FIG 1_

U.S. Patent     Oct. 29, 1991     Sheet 2 of 4     Des. 321,243




**U.S. Patent**  Oct. 29, 1991  Sheet 3 of 4  **Des. 321,243**



FIG 7



Fig. 11

Fig. 8

Fig. 12

Fig. 9

Fig. 10

# United States Patent Office

Des. 210,123
Patented Feb. 13, 1968

---

210,123

VALVE

Ladd M. Adams, Norman, Okla., assignor to Balon Corporation, Oklahoma City, Okla., a corporation of Oklahoma

Original design application Aug. 26, 1966, Ser. No. 3,603, now Patent No. 208,139, dated July 18, 1967. Divided and this application Feb. 7, 1967, Ser. No. 6,956

Term of patent 14 years

(Cl. D23—38)



FIG. 1 is a perspective view of one embodiment of valve, showing my novel design.
FIG. 2 is an end view thereof.
FIG. 3 is a side view thereof.
FIG. 4 is a bottom view thereof.
FIG. 5 is a top plan view thereof.
This is a division of design application Ser. No. D. 3,603, filed Aug. 26, 1966, now Design Patent No. D. 208,139.
The dominant features of my design reside in the portions shown in full lines.

I claim:
The ornamental design for a valve, as shown and described.

**References Cited**

Domestic Engineering, September 1959, page 19, "Straight" item.
Domestic Engineering, September 1960, page 148, top left item.
Hardware Age, Jan. 26, 1961, page 96, top of page item.

WALLACE R. BURKE, *Primary Examiner.*
JAMES R. LARGEN, *Examiner.*

# United States Patent Office

Des. 210,124
Patented Feb. 13, 1968

---

210,124

**FLOW VALVE**

Ladd M. Adams, Norman, Okla., assignor to Balon Corporation, Oklahoma City, Okla., a corporation of Oklahoma

Original design application Aug. 26, 1966, Ser. No. 3,606, now Patent No. 208,140, dated July 18, 1967. Divided and this application Feb. 6, 1967, Ser. No. 6,957

Term of patent 14 years

(Cl. D23—38)



FIG. 1 is a perspective view of a flow valve, showing my novel design.
FIG. 2 is an end view thereof.
FIG. 3 is a side view thereof.
FIG. 4 is a bottom view thereof.
FIG. 5 is a top plan view thereof.
This is a division of design application Ser. No. D.3,606, filed Aug. 26, 1966, now Design Patent No. D.208,140.
The dominant features of my design reside in the portions shown in full lines.

I claim:
The ornamental design for a flow valve, as shown and described.

**References Cited**

Domestic Engineering, September 1959, page 19, "Straight" item.
Domestic Engineering, September 1960, page 148, top left item.
Hardware Age, Jan. 26, 1961, page 96, top of page item.

WALLACE R. BURKE, *Primary Examiner.*
JAMES R. LARGEN, *Examiner.*

USDC IN/ND case 3:13-cv-00879-TLS-CAN   document 1-7   filed 08/26/13   page 13 of 16

# United States Patent Office

Des. 208,139
Patented July 18, 1967

---

208,139
VALVE

Ladd M. Adams, Norman, Okla., assignor to Balon Corporation, Oklahoma City, Okla., a corporation of Oklahoma

Filed Aug. 26, 1966, Ser. No. 3,603

Term of patent 14 years

(Cl. D91—3)



FIG. 1 is a perspective view of one embodiment of valve showing my novel design.
FIG. 2 is an end view thereof.
FIG. 3 is a side view thereof.
FIG. 4 is a bottom view thereof.
FIG. 5 is a top plan view thereof.
The dominant features of my design reside in the portions shown in full lines.

I claim:
The ornamental design for a valve, as shown and described.

References Cited

Domestic Engineering, September 1959, page 19, "Straight" item.
Domestic Engineering, September 1960, page 148, top left item.
Hardware Age, Jan. 26, 1961, page 96, top of page item.

WALLACE R. BURKE, Primary Examiner.
JAMES R. LARGEN, Examiner.

USDC IN/ND case 3:13-cv-00879-TLS-CAN   document 1-7   filed 08/26/13   page 14 of 16

# United States Patent Office

Des. 191,425
Patented Sept. 26, 1961

---

191,425
FLUID VALVE OR SIMILAR ARTICLE
Leonard E. Popp, Sierra Madre, Calif., assignor to James Jones Company, El Monte, Calif., a corporation of California
Filed Nov. 14, 1960, Ser. No. 62,817
Term of patent 14 years
(Cl. D78—1)



FIG. 1.  FIG. 4.
FIG. 2.  FIG. 5.
FIG. 3.

FIGURE 1 is a front elevational view of a fluid valve showing my design, the back being substantially identical to the front;
FIGURE 2 is a top plan view thereof;
FIGURE 3 is a bottom plan view thereof;
FIGURE 4 is an end elevational view thereof as seen from the left of FIGURE 1; and
FIGURE 5 is an end elevational view thereof as seen from the right of FIGURE 1.

I claim:
The ornamental design for a fluid valve or similar article, substantially as shown and described.

References Cited in the file of this patent

Hajoca Industrial Supplies Cat. No. 55, © 1954, page 161, upper righthand corner item No. 71-F, T fitting.
Noland Industrial Supplies Cat. © 1957, page T613, upper lefthand corner, item No. H10003, valve.

**EXHIBIT B**

CONFIDENTIAL – ATTORNEY WORK PRODUCT

## BOTTOM PLAN VIEW OF NIBCO KNOBS
## (All identical.)



- Arcuate stop.
- Knob is wider than circular base.
- Arcuate stop.
- Circular base smooth (no serrations).



- Circular base smooth.
- Paddle wider than base.
- Gripping ribs functional.